AO 442

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Lauren McKenzie Chenard (1)

EASTERN DISTRICT OF CALIFORNIA
CASE NO. 5:19-mj-00034-JLT

## WARRANT FOR ARREST

**Case Number:**   18-cr-01068-MMA-1

## NOT FOR PUBLIC VIEW

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest         Lauren McKenzie Chenard (1)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

☒ Pretrial Violation

charging him or her with  (brief description of offense):

In violation of Title _____ See Above _____ United States Code, Section(s) _____

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ S. Andersen      **S. ANDERSEN** | 8/2/2019 San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ No Bail _____   by _____ The Honorable Jill L. Burkhardt _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PS 8C
(05/08)

August 1, 2019

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Lauren McKenzie Chenard (English)          **Dkt No.:** 3:18CR1068-MMA

**Reg. No.:** 66905-298

**Name of Judicial Officer:** The Honorable Michael M. Anello, U.S. District Judge (referred to the Honorable Jill L. Burkhardt, U.S. Magistrate Judge)

**Date Conditions Ordered:** February 5, 2018, before the Honorable Jill L. Burkhardt, U.S. Magistrate Judge

**Charged Offense:** 21 USC 952, 960 - Importation of Methamphetamine

**Conditions of Release:** *Mandatory Conditions* - Not commit a federal, state, or local crime during the period of release, and cooperate in the collection of a DNA sample as authorized by 42 U.S.C. 14135a. *Standard Conditions* - appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription and not use or possess marijuana under and circumstances; report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; advise the Court or the Pretrial Services Office in writing of the defendant's current residence address and phone number, when first reporting to Pretrial Services, and any new contact information, before making any change of residence or phone number; restrict travel to Southern, Central and Eastern Districts of California; do not enter Mexico. *Additional Conditions*: actively seek or continue full-time employment, or schooling, or a combination of both; at a residence approved by the Pretrial Services Office; submit to drug/alcohol testing no more than eight times per month; do not drive without a valid license.

**Modification**: On May 24, 2018, the defendant's conditions of release were modified to include the defendant to submit to psychological and/or psychiatric treatment and a program of inpatient or outpatient substance abuse therapy as directed by Pretrial Services.

**Date Released on Bond:** March 20, 2018

**Next Court Hearing:** August 19, 2019, at 2:00 p.m., for Motion in Limine Hearing

**Asst. U.S. Atty.:** Shital Thakkar                    **Defense Counsel:** Gregory Garrison (Retained)
(619) 546-8785                                          (619) 615-4216

PS 8C
(05/08)

**Name of Defendant:** Lauren McKenzie                                          August 1, 2019
**Docket No.:** 3:18CR1068-MMA                                                          Page 2

**Prior Violation History:** On May 21, 2018, the defendant submitted a urine specimen which screened positive for the presence of cocaine. The defendant admitted to using cocaine while on bond and noted she had been struggling with abusing alcohol. The defendant also reported she was suffering from anxiety and depression, and would like to receive mental health treatment. Pretrial Services requested to hold action in abeyance and to modify the defendant's conditions of release to include psychological and/or psychiatric treatment and inpatient or outpatient substance abuse therapy as directed by Pretrial Services. Your Honor concurred with our request.

On July 11, 2018, the defendant was cited by the Bakersfield Police Department citation for CA VC 22350 - Unsafe Speed (infraction); CA VC 4000(a)(1) - Registration of Vehicle (infraction); CA VC 12500(a) - Unlicensed Driver (infraction); CA VC 5200(a) - Front and Rear License Plates Required. The defendant provided no explanation for driving with a suspended license to her Officer in the Eastern District of California. A petition was submitted to your Honor, and your Honor ordered a no bail bench warrant be issued for her arrest. On August 14, 2018, the defendant appeared before your Honor and provided a statement to the Court, pledging her compliance with all conditions of release. Action was held in abeyance and the defendant was allowed to remain on bond.

---

## PETITIONING THE COURT

## TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Standard Condition)** Do not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. | 1. The defendant used cocaine on May 18, 2018, as evidenced by her own admission. |

### *Grounds for Revocation:*

The undersigned reviewed the Pretrial Release Order signed by your Honor of February 5, 2018, which direct the defendant to "not use or possess a narcotic drug or other controlled substance without a lawful medical prescription."

On May 21, 2018, the defendant submitted a urine specimen which screened positive for the use of cocaine. On May 23, 2018, the defendant reported to the Pretrial Services Office and admitted to using cocaine on May 18, 2018. The defendant stated she was drinking excessively at a party and consumed cocaine. She

PS 8C
(05/08)

**Name of Defendant:** Lauren McKenzie                                    August 1, 2019
**Docket No.:** 3:18CR1068-MMA                                                        Page 3

stated she also had been suffering from anxiety and depression.

Pretrial Services counseled the defendant regarding the ramifications of using illicit substances while on bond and increased the frequency of her substance abuse testing. Pretrial Services also enrolled the defendant in a program of outpatient substance abuse counseling and mental health treatment. The defendant advised she was amenable to treatment and would be able to refrain from future drug use.

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Special Condition)** | |
| Do not drive without a valid license. | 2. On July 11, 2018, the defendant drove a motor vehicle without a valid driver's license, as evidenced by Bakersfield Police Department traffic citation #ZA169031. |
| | 3. On July 29, 2019, the defendant drove a motor vehicle without a valid driver's license, as evidenced by observations from Pretrial Services Officer Frank Guerrero. |

## *Grounds for Revocation:*

The undersigned reviewed the Pretrial Release Order signed by your Honor of February 5, 2018, which direct the defendant to "not drive without a valid license." On April, 26, 2018, the undersigned met with the defendant and reviewed her court ordered conditions of release.  The defendant additionally signed Pretrial Services reporting instructions in which she acknowledges understanding her court ordered conditions of release.

On June 22, 2018, the defendant relocated from San Diego to Bakersfield, California. She is currently supervised by the Pretrial Services Office in the Eastern District of California.

On July 11, 2018, the undersigned received notification the defendant had law enforcement contact with the Bakersfield Police Department. Officer Guerrero contacted the defendant and she stated she was driving through a residential neighborhood when she stopped by the Bakersfield Police Department for speeding.

On July 30, 2018, the undersigned received the Bakersfield Police Department citation from Officer Guerrero which reveals the defendant was cited on July 11, 2018, for CA VC 22350 - Unsafe Speed (infraction); CA VC 4000(a)(1) - Registration of Vehicle (infraction); CA VC 12500(a) - Unlicensed Driver (infraction); CA VC 5200(a) - Front and Rear License Plates Required. Officer Guerrero previously cautioned the defendant in regards to driving with a suspended license and the defendant did not offer an explanation for driving while unlicensed.

PS 8C
(05/08)

**Name of Defendant:** Lauren McKenzie                                      August 1, 2019
**Docket No.:** 3:18CR1068-MMA                                                    Page 4

On July 29, 2019, the undersigned received notification from Officer Frank Guerrero, the defendant was viewed driving a vehicle. Officer Guerrero was at the defendant's residence to conduct a field contact and as he was arriving to her residence, he observed the defendant driving a vehicle and parking it in her apartment complex. When Officer Guerrero spoke to the defendant regarding driving a vehicle without a valid driver's license, she indicated she only drove around the corner. The defendant was informed she was in violation of her bond conditions and was directed to cease driving. The defendant stated she did not think it would be a big deal, as she was only driving a short distance. As Officer Guerrero was leaving the premise, he viewed the defendant return to the driver's seat of the vehicle.

Criminal computerized record check conducted on this dates reveals no new arrests or convictions. The defendant's driving privilege remains suspended or revoked for failing to complete the drinking driver program relating to the defendant's 2013 conviction for driving under the influence.


## SUPERVISION ADJUSTMENT

At this time, Pretrial Services views the defendant's adjustment to supervision as poor. The defendant has continued to drive without a valid driver's license, after being repeatedly cautioned by the Court and Pretrial Services of the consequences of her continued behavior. The defendant has also failed to appear for drug testing, substance abuse counseling and mental health counseling on numerous occasions. Although our agency has continued to work with the defendant to assist her in rescheduling appointments, we are concerned with her continued lack of regard for this Court's order.


## RECOMMENDATION/JUSTIFICATION

In light of the allegations alleged in the above petition, Pretrial Services respectfully recommends your Honor order the defendant to appear on August 13, 2019, at 9:00 A.M., to show cause why her bond should not be revoked.

PS 8C
(05/08)

**Name of Defendant:** Lauren McKenzie                                        August 1, 2019
**Docket No.:** 3:18CR1068-MMA                                                              Page 5

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** August 1, 2019

Respectfully submitted:                                    Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____           _____
Marisa Zvers                                              Jeff Larsen
U.S. Pretrial Services Officer                      Supervising U.S. Pretrial Services Officer
(619) 446-3616
Place: San Diego, California

**THE COURT ORDERS:**

_____     **AGREE**, cite the defendant to appear on August 13, 2019, at 9:00 A.M., to show cause why her bond should not be revoked.

   X          Other   Issue no bail bench warrant

_____

_____

_____                          8/1/19
The Honorable Jill L. Burkhardt                           Date
U.S. Magistrate Judge